MARCUS S. LEMLICH, Respondent, *v.* 1776 BEDFORD AVENUE CORPORATION et al., Appellants, Impleaded with Another.

(Argued January 10, 1930; decided February 11, 1930.)

*David M. Palley* for appellants.

*Harold M. Kennedy, Meier Steinbrink* and *Solomon S. Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.